ERIN KOLTER - SBN 261452
kolter.erin@dorsey.com

DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: (206) 903-8800
Facsimile: (206) 903-8820

Attorneys for Plaintiff TRADE ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRADE ASSOCIATES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>POWERTEC INDUSTRIES CO., LTD.<br><br>and<br><br>SOUTHERN TECHNOLOGIES LLC,<br><br>Defendants. | CASE NO. 26-11560<br><br>COMPLAINT FOR PATENT INFRINGEMENT |

Plaintiff Trade Associates, Inc. ("Plaintiff" or "Trade Associates"), by its attorneys, hereby alleges against Defendants Powertec Industries Co., Ltd. ("Powertec Indus.") and Southern Technologies LLC ("Southern Techs.") (collectively, "Defendants" or "Powertec") as follows:

## INTRODUCTION

1. This is an action for patent infringement under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.* Trade Associates alleges that Powertec has infringed and continues to infringe four Trade Associates patents: U.S. Patent Nos. 9,731,403 (the "'403 Patent"); 9,427,847 (the "'847 Patent"); 11,292,103 (the "'103 Patent"); and 9,975,220 (the "'220 Patent") (collectively, the "Trade Associates

Patents”), copies of which are attached hereto as Exhibits 1-4, respectively.

2. Trade Associates seeks damages, injunctive relief, and other relief for Powertec’s infringement of the Trade Associates Patents.

## I. THE PARTIES

3. Trade Associates is a Washington Corporation with its principal place of business at 6324 S 199th Pl, Suite 101, Kent, Washington, 98032.

4. On information and belief, Powertec Indus. is a Taiwan entity with a principal place at business is No. 12, Lane 253, Yonglong 1st St., Dali District, Taichung City, Taiwan.

5. Southern Techs. is an LLC organized under the laws of Illinois. Accordingly to Illinois Secretary of State records, Southern Techs. registered a principal place of business as 300 S. Wacker Dr., Suite 1500, Chicago, IL 60606. Southern Techs. has averred in filings with this Court that it has a principal place of business at 5925 Mazuela Drive, Oakland, CA 94611.[1]

## II. JURISDICTION AND VENUE

6. The Court has subject matter jurisdiction over the patent causes of action under 28 U.S.C. § 1338, in that this action arises under federal statute, the patent laws of the United States (35 U.S.C. §§ 1, *et seq.*).

7. On information and belief, Powertec is subject to this Court’s personal jurisdiction in this Court because it has conducted acts that infringe the Trade Associates Patents in this State and District.

8. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(c)(3) and 1400(b). On information and belief, Southern Techs. has committed acts of infringement from, and has a regular and established place of business in, this District. As identified in Paragraph 5, above, Southern Techs. has previously

---

[1] *Blue Bottle Coffee, LLC, v. Liao*, No. 3:21-cv-06083-CRB, Dkt. 65 at ¶ 2 (Counterclaims) (N.D. Cal. Oct. 20, 2022).

identified having a principal place of business within this District in filings with this Court. Further, according to California Secretary of State records, the "Mailing Address of LLC" and "Street Address of California Office of LLC" is 591 Hollingsworth Drive, Los Altos, CA 94022. According to Illinois Secretary of State records, Southern Techs. is a single-member LLC, owned and controlled solely by Huichuan Liao. Mr. Liao resides within this District. Mr. Liao is the registered agent for service of process, listing his "Manager or Member Address" and "Agent Address" as the same Los Altos address. Southern Techs. has also identified Mr. Liao as residing in this District.[2]

9. Powertec Indus. is a non-U.S. entity without, on information and belief, a physical place of business of its own in the United States.

## III. FACTUAL BACKGROUND

### A. The Trade Associates Patents

10. Trade Associates was founded over forty years ago by William Turnbull in Kent, Washington. Trade Associates designs, develops, manufactures, markets, and sells products to the automobile refinishing and restoration industry. These products include a suite of sanding blocks for hand-sanding automotive and marine finishes sold under the Dura-Block® name:




[2] *Blue Bottle Coffee, LLC, v. Liao*, No. 3:21-cv-06083-CRB, Dkt. 65 at ¶ 1 (Counterclaims) (N.D. Cal. Oct. 20, 2022).

The Dura-Block® sanding blocks conform to the contours of the sanding surface yet have a hard-enough surface not to dig into fill material. Trade Associates sells its Dura-Block® sanding blocks through its own website (https://www.dura-block.com/) and to authorized distributors.

11. Traditional sanding blocks are wood or cork blocks with one smooth, flat side adapted to receive sandpaper around its exterior. Other sanding blocks are made of rubber or other resilient material and use holding clamps, sharp teeth or clips to secure sandpaper along the exterior. Although these traditional sanding blocks are widely used on flat surfaces, their use on curved surfaces is problematic. In particular, traditional sanding blocks have relatively large flat sandpaper support surfaces, which do not conform to the shape of curved surfaces. Use of such sanding blocks on curved surfaces often results in uneven sanding, because these blocks are not pliable to the curvature of the surface being sanded, and because excessive pressure is often applied to some portions of the surface being sanded. The application of excessive pressure may result in over-sanding and rapid deterioration of the sandpaper, which may also damage the underlying surface being smoothed or polished.

12. Sanding blocks are frequently used in the automobile repair industry for sanding both flat and curved surfaces. For instance, sanding of automobile bodies prior to repainting involves both flat and curved surfaces of the automobiles. Given this constantly evolving industry, automobiles have numerous designs, each unique and different from the other. Some automobile body parts are relatively smooth with slight curvatures, and thus are difficult to sand evenly. Conventional sanding blocks result in a rippling effect along such sanded surfaces. Conversely, other body parts in an automobile are flat, but nevertheless require sanding without damaging the adjoining curved areas. This necessitates a need for sanding blocks that are readily conformable to flat as well as curved surfaces. The Trade Associates Patents disclose

compositions and methods of manufacturing sanding blocks that are readily conformable to curved as well as flat surfaces, and this technology is incorporated into Trade Associate's successful and innovative Dura-Block® products.

13. Trade Associates solely owns all rights, titles, and interests in and to the Trade Associates Patents, including exclusive rights to bring suit with respect to any past, present, and future infringement thereof.

14. The '403 Patent, titled "Hand-Held Conformable Sanding Block," was duly and legally issued on August 15, 2017, from a patent application filed August 26, 2016, and is assigned to Trade Associates. The '403 Patent claims priority to U.S. Provisional Patent Application No. 61/709,048, filed on October 2, 2012.

15. The '847 Patent, titled "Hand-Held Conformable Sanding Block," was duly and legally issued on August 30, 2016, from a patent application filed October 2, 2013, and is assigned to Trade Associates. The '847 Patent claims priority to U.S. Provisional Patent Application No. 61/709,048, filed on October 2, 2012.

16. The '103 Patent, titled "Hand-Held Conformable Sanding Block," was duly and legally issued on April 5, 2022, from a patent application filed December 19, 2017, and is assigned to Trade Associates. The '103 Patent claims priority to U.S. Provisional Patent Application No. 61/709,048, filed on October 2, 2012.

17. The '220 Patent, titled "Hand-Held Conformable Sanding Block," was duly and legally issued on May 22, 2018, from a patent application filed August 15, 2017, and is assigned to Trade Associates. The '220 Patent claims priority to U.S. Provisional Patent Application No. 61/709,048, filed on October 2, 2012.

18. Trade Associates affixes its patented products with the aforementioned patent numbers.

**B. Defendants' Infringement and Alter Ego**

19. On information and belief, Powertec has directly infringed and continues to infringe one or more claims of the Trade Associates Patents in violation of 35 U.S.C. § 271. The infringing products are exemplified by and include, but are

not limited to, sanding block that are sold by, on behalf of, or through Powertec, including on Amazon (the "Infringing Sanding Blocks"). Screenshots of example Amazon webpages reflecting that Powertec has listed the Infringing Sanding Blocks for sale are attached hereto as Exhibits 5 and 6.

20. The "Powertec" Amazon store[3] previously listed Infringing Sanding Blocks until Trade Associates sought take-down through the Amazon Patent Evaluation Express program ("APEX"). *See* Exhibits 5 and 6.

21. The "Powertec USA" storefront on Amazon names Southern Techs. and lists the business address for the same under "Detailed Seller Information."[4]

22. Southern Techs. asserts on its website that "Powertec® [is a]n exclusive brand of Southern Technologies LLC"[5] and "POWERTEC® is a registered trademark of Southern Technologies LLC."[6] However, Southern Techs. does not own any such mark. Rather, Mr. Liao—not Southern Techs. or Powertec Indus.—is the registered owner of all relevant marks.[7]

23. Southern Techs. also asserts that "powertec [sic] is a US based manufacturer of high quality woodworking machines, wood work accessories, and a wide assortment of OEM replacement parts."[8] However, according to information submitted by Powertec's counsel to Amazon, Powertec Indus. is in fact based in

[3] https://www.amazon.com/stores/POWERTEC/page/E54B087F-E469-41F3-95EF-15AA583C318F.

[4] https://www.amazon.com/sp?ie=UTF8&seller=AJVD03PRD8VF4.

[5] *E.g.*, https://powertecproducts.com/.

[6] https://powertecproducts.com/about-us/.

[7] *See* U.S. Trademark Reg. Nos. 3,829,275; 6,904,753; 4,576,191; 8,451,263 (collectively, the "Powertec Marks").

[8] https://powertecproducts.com/128320dd-hss-planer-knives-12-for-makita-2012-and-2012nb-2pk/

Taiwan, where it manufactures the Infringing Sanding Blocks. *See* Exhibit 7 at 3.

24. Despite having no apparent registered D/B/A, Southern Techs. has stated publicly, for example in documents filed in the Superior Court of the State of California, that it does business as "Powertec USA."[9]

25. Despite Powertec's counsel's submission to Amazon purportedly on behalf of Southern Techs. (*see* Exhibit 8), only Powertec Indus.—not Southern Techs.—is identified in the alleged support provided to Amazon. *See* Exhibit 7. That submission—and based on the same, the correspondence by Powertec's counsel to Amazon—purports that the Infringing Sanding Blocks do not comprise ethylene-vinyl acetate ("EVA"). Exhibits 7 and 8. However, Powertec's own Amazon listings for the Infringing Sanding Blocks professed that their "Material" is "EVA Foam" and are "[c]rafted from high-quality EVA foam for long-term reliability." Exhibits 5 and 6.

26. Mr. Liao's continued personal ownership of the Powertec Marks, his combined use of both entities in connection with the Infringing Sanding Blocks, public statements about the entities, and inconsistencies regarding the Infringing Sanding Blocks with Powertec's submissions to Amazon (including regarding country of origin) collectively indicate that Mr. Laio asserts personal dominion and control over assets of Southern Techs. and Powetec Indus. and commingles assets of these entities and uses them interchangeably to sell and offer for sale, and on information and belief import, the Infringing Sanding Blocks, despite awareness of the Trade Associates Patents.

27. Liability for the acts and omissions of each of Mr. Liao, Southern Techs., and Powertec applies to the other under at least the principals of alter ego liability.

**C. Trade Associates Provided Powertec Actual Notice of**

---

[9] *See* https://oag.ca.gov/system/files/prop65/judgments/2018-02198J4435.pdf at 20.

**Infringement**

28. On or about June 23, 2026, Trade Associates initiated two APEX requests against listings for Infringing Sanding Blocks sold under the "POWERTEC" brand (collectively, "APEX Submissions").

29. Shortly following the APEX Submissions, Amazon took down the listings.

30. On information and belief, when Amazon took down each listing, it sent an email notification to one or more of Mr. Liao, Southern Techs., and Powertec Indus.

31. On information and belief, each email notification identified at least the '403 Patent. Furthermore, the letter to Amazon by Powertec's counsel reflects that Powertec had awareness of at least the '847 Patent, the '403 Patent, and '220 Patent well before the letter dated September 18, 2026. Exhibit 8. The purported analysis relied on by Powertec's counsel in the same is inconsistent with Powertec's own Amazon listings, does not define any test conditions or how the purported analysis was conducted, including how it determined the alleged percentages by weight of the substituent elements, did not include any images reflecting what product allegedly was tested, and did not include any verbal description of the allegedly tested product beyond "sanding block." *See* Exhibits 7 and 8. Further, the purported analysis is of the finished product, not the composition from which the Infringing Sanding Blocks are made, which would necessarily have significantly different percentages by weight prior to application of heat to produce the Infringing Sanding Blocks. Thus, this purported testing and analysis fails to demonstrate a good faith basis on which to believe that the Infringing Sanding Blocks do not infringe.

32. Without the intent to continue its infringing activity despite knowledge of the Trade Associates Patents, Powertec would have ceased such activity in view of Trade Associates' APEX Submissions. However, the submission to Amazon by Powertec's counsel indicates that Powertec intends to continue the infringing

activity. Exhibit 8.

## IV. COUNT I

## INFRINGEMENT OF U.S. PATENT NO. 9,731,403

33. Trade Associates incorporates by reference the preceding paragraphs as if fully set forth herein.

34. On information and belief, Powertec has directly infringed and continues to infringe one or more claims of the ’403 Patent in violation of 35 U.S.C. § 271. The infringing products include the Infringing Sanding Blocks. While Powertec’s submission to Amazon purports that the Infringing Sanding Blocks do not contain EVA, *see* Exhibits 7 and 8, the underlying purported analysis does not describe any of the testing methods or conditions on which the alleged results are based or identify that said results correlate with the Infringing Sanding Blocks and not another product. Exhibit 7. Furthermore, Powertec’s own Amazon listings controvert the same, stating to the relevant consuming public that the Infringing Sanding Blocks are made from “EVA Foam.” Exhibits 5-6.

35. On information and belief, the Infringing Sanding Blocks directly infringe at least claims 6 and 12 of the ’403 Patent, as described in Paragraphs 36 – 46 below. Trade Associates’ allegations of infringement are not limited to claims 6 and 12, and additional infringed claims will be identified and disclosed through discovery and infringement contentions.

36. Claim 6 of the ’403 Patent recites:

> 6. An elastomeric sanding block conformable to curved or flat surfaces, wherein the elastomeric sanding block has a Shore A hardness ranging from about 30 to about 90, and wherein the elastomeric sanding block is made from a composition comprising:
>
> > a polymeric component, the polymeric component consisting of ethylene-vinyl acetate copolymer, wherein ethylene-vinyl acetate copolymer is in an amount that ranges from about 35 to about 70 percent of the composition by weight; and

> a blowing agent in an amount that ranges from about 1.5 to about 4.5 percent of the composition by weight.

37. The Infringing Sanding Blocks are an elastomeric sanding block conformable to curved or flat surfaces.

- FLEXIBLE EVA FOAM DESIGN: Crafted from lightweight, high-quality EVA foam that contours to both flat surfaces and curves. Delivers smooth, even sanding pressure without clogging or collapsing, making it a reliable tool for professional and DIY work.

Ex. 5 at 1.

- LONGBOARD SANDING PERFORMANCE: At 16 inches long, this sanding block provides maximum coverage for large auto body panels, hoods, truck beds, and woodworking projects—helping you achieve smooth, even surfaces faster.

Ex. 6 at 1.

38. Based on Trade Associates' analysis of other infringing sanding blocks with similar Amazon product listings for apparently the same or substantially the same products, on information and belief, the Infringing Sanding Blocks have the following characteristics:

(1) A Shore A hardness of between 42.7 ± 1 and 46 ± 2;

(2) Made from a composition a polymeric component comprising a polymeric component, the polymeric component consisting of ethylene-vinyl acetate copolymer, the polymeric component of which is in an amount that ranges from about 35 to about 70 percent of the composition by weight. A percentage substantially outside of the claimed range would materially impact the Infringing Sanding Blocks' physical properties, such that it would not be conformable to curved or flat surfaces or have the requisite Shore A hardness; and

(3) Made from a composition comprising a blowing agent in an amount that ranges from about 1.5 to about 4.5 percent of the composition by

weight. Compositions used to make foam products such as the Infringing Sanding Blocks must necessarily include a blowing agent. A percentage substantially outside of the claimed range would materially impact the physical properties of the Infringing Sanding Blocks, such that it would not be conformable to curved or flat surfaces or have the requisite Shore A hardness. Powertec's purported analysis identifies trace amounts of azodicarbonamide, most of which is consumed when the composition is heated, reflecting use of azodicarbonamide as blowing agent.

39. Claim 12 of the '403 Patent recites:

> 12. A method for manufacturing an elastomeric sanding block conformable to curved or flat surfaces, comprising the steps of:
>
> > providing a composition comprising a polymeric component, the polymeric component consisting of ethylene-vinyl acetate copolymer, wherein the ethylene-vinyl acetate copolymer is in an amount that ranges from about 35 to about 70 percent of the composition by weight;
> >
> > combining the ethylene-vinyl acetate copolymer with a blowing agent under heat to yield a feedstock;
> >
> > thermoforming the feedstock in a mold to yield a foamed material sheet; and
> >
> > cutting the foamed material sheet to yield the elastomeric sanding block.

40. The Infringing Sanding Blocks is an elastomeric sanding block conformable to curved or flat surfaces.

- FLEXIBLE EVA FOAM DESIGN: Crafted from lightweight, high-quality EVA foam that contours to both flat surfaces and curves. Delivers smooth, even sanding pressure without clogging or collapsing, making it a reliable tool for professional and DIY work.

Ex. 5 at 1.

- LONGBOARD SANDING PERFORMANCE: At 16 inches long, this sanding block provides maximum coverage for large auto body panels, hoods, truck beds, and woodworking projects—helping you achieve smooth, even surfaces faster.

Ex. 6 at 1.

41. On information and belief, manufacturing the Infringing Sanding Blocks includes a composition comprising a polymeric component, the polymeric component consisting of ethylene-vinyl acetate copolymer, wherein the ethylene-vinyl acetate copolymer is in an amount that ranges from about 35 to about 70 percent of the composition by weight. A percentage substantially outside of the claimed range would materially impact the Infringing Sanding Blocks' physical properties, such that it would not be conformable to curved or flat surfaces.

42. On information and belief, manufacturing the Infringing Sanding Blocks includes combining the ethylene-vinyl acetate copolymer with a blowing agent under heat to yield a feedstock. Yielding a feedstock is a required step for foam products such as the Infringing Sanding Block. Compositions used to make foam products such as the Infringing Sanding Blocks must necessarily include a blowing agent in the feedstock. Powertec's purported analysis identifies trace amounts of azodicarbonamide, reflecting use of azodicarbonamide as blowing agent.

43. On information and belief, manufacturing the Infringing Sanding Blocks includes thermoforming the feedstock in a mold to yield a foamed material sheet and cutting the foamed material sheet to yield the elastomeric sanding block. Foam sanding blocks such as the Infringing Sanding Blocks possess a textured pattern on top and vertical striations on the sides, which would not be present but for these process steps.

44. The manufacturing process for the Infringing Sanding Blocks is not public information. Powertec Indus., as manufacturer of the Infringing Sanding Blocks, has all information pertaining to the manufacturing process of the Infringing

Sanding Blocks. Trade Associates is entitled to such information and will seek relief under 35 U.S.C. § 295 to the extent required.

45. Powertec's infringement of the '403 Patent has damaged and will continue to damage Trade Associates.

46. On information and belief, Powertec's infringement of the '403 Patent has been willful because it knew of the '403 Patent and the infringement as of at least on or around June 23, 2026, and continues to infringe by, for example, importing, selling, and/or offering to sell the Infringing Sanding Block. Powertec's reliance on the purported analysis of the Infringing Sanding Blocks that its counsel submitted to Amazon was objectively unreasonable because it failed to analyze the composition from which the Infringing Sanding Blocks are made, and the results directly contradicted the material comprising the Infringing Sanding Blocks identified in Powertec's prior Amazon listings.

## V. COUNT II

## INFRINGEMENT OF U.S. PATENT NO. 9,427,847

47. Trade Associates incorporates by reference the preceding paragraphs as if fully set forth herein.

48. On information and belief, Powertec has directly infringed and continues to infringe one or more claims of the '847 Patent in violation of 35 U.S.C. § 271.

49. The Infringing Sanding Blocks directly infringe at least claims 1 and 6 of the '847 Patent, as described in Paragraphs 50 – 61 below by way of an exemplary Infringing Sanding Block. Trade Associates' allegations of infringement are not limited to claims 1 and 6, and additional infringed claims will be identified and disclosed through discovery and infringement contentions.

50. Claim 1 of the '847 Patent recites:

> 1. An elastomeric sanding block conformable to curved or flat surfaces, wherein the elastomeric sanding block has a Shore A hardness ranging from about 30 to about 90, and wherein the

> elastomeric sanding block is made from a composition comprising:
>
> > an admixture of about 70 to about 90 weight percent of an ethylene-vinyl acetate copolymer and about 10 to about 30 weight percent of a low-density polyethylene homopolymer, wherein the admixture is in an amount that ranges from about 35 to about 70 weight percent of the composition;
> >
> > a blowing agent in an amount that ranges from about 1.5 to about 4.5 weight percent of the composition; and
> >
> > a pigment in an amount of about 5 weight percent to about 18 weight percent of the composition.

51. The Infringing Sanding Blocks are elastomeric sanding blocks conformable to curved or flat surfaces.

- FLEXIBLE EVA FOAM DESIGN: Crafted from lightweight, high-quality EVA foam that contours to both flat surfaces and curves. Delivers smooth, even sanding pressure without clogging or collapsing, making it a reliable tool for professional and DIY work.

Ex. 5 at 1.

- LONGBOARD SANDING PERFORMANCE: At 16 inches long, this sanding block provides maximum coverage for large auto body panels, hoods, truck beds, and woodworking projects—helping you achieve smooth, even surfaces faster.

Ex. 6 at 1.

52. While Powertec's submission to Amazon purports that the Infringing Sanding Blocks do not contain EVA, *see* Exhibits 7 and 8, the underlying purported analysis does not describe any of the testing methods or conditions on which the alleged results are based or identify that said results correlate with the Infringing Sanding Blocks and not another product. Exhibit 7. Furthermore, Powertec's own Amazon listings controvert the same, stating to the relevant consuming public that the Infringing Sanding Blocks are made from "EVA Foam." Exhibits 5-6.

53. Based on Trade Associates' analysis of other infringing sanding blocks with similar Amazon product listings for apparently the same or substantially the same products, on information and belief, the Infringing Sanding Blocks have the following characteristics:

(1) A Shore A hardness of between 42.7 ± 1 and 46 ± 2;

(2) Made from a composition a polymeric component comprising a polymeric component, the polymeric component consisting of ethylene-vinyl acetate copolymer;

(3) Made from a composition comprising an admixture of about 70 to about 90 weight percent of an ethylene-vinyl acetate copolymer and about 10 to about 30 weight percent of a low-density polyethylene homopolymer, wherein the admixture is in an amount that ranges from about 35 to about 70 weight percent of the composition. Percentages substantially outside of the claimed ranges would materially impact the Infringing Sanding Blocks' physical properties, such that they would not be conformable to curved or flat surfaces or have the requisite Shore A hardness.

(4) Made from a composition comprising a blowing agent in an amount that ranges from about 1.5 to about 4.5 percent of the composition by weight. Compositions used to make foam products such as the Infringing Sanding Blocks must necessarily include a blowing agent. A percentage substantially outside of the claimed range would materially impact the physical properties of the Infringing Sanding Block, such that it would not be conformable to curved or flat surfaces or have the requisite Shore A hardness. Powertec's purported analysis identifies trace amounts of azodicarbonamide, most of which is consumed when the composition is heated, reflecting use of azodicarbonamide as blowing agent; and

(5) Made from a composition comprising a pigment in an amount that ranges from about 5 weight percent to about 18 weight percent of the composition. Compositions used to make foam products such as the Infringing Sanding Blocks must necessarily include a pigment. A percentage substantially outside of the claimed range would materially impact the physical properties of the Infringing Sanding Blocks, such that the blocks would not be conformable to curved or flat surfaces or have the requisite Shore A hardness. Powertec's purported analysis identifies 11% carbon black, which indicates that the composition would include pigment within the claimed range.

54. Claim 6 of the '847 Patent recites:

> 6. A method for manufacturing an elastomeric sanding block conformable to curved or flat surfaces, comprising the steps of:
>
> forming a composition comprising the steps of:
>
> forming an admixture comprising
>
> about 70 to about 90 weight percent of an ethylene-vinyl acetate copolymer and about 10 to about 30 weight percent of a low-density polyethylene homopolymer, wherein the admixture is in an amount that ranges from about 35 to about 70 weight percent of the composition; and
>
> combining the admixture with a pigment in an amount of about 5 percent to about 18 weight percent of the composition;
>
> combining the composition with a blowing agent under heat to yield a feedstock;
>
> thermoforming the feedstock in a mold to yield a foamed material sheet; and
>
> cutting the foamed material sheet to yield the elastomeric sanding block.

55. The Infringing Sanding Blocks are elastomeric sanding blocks conformable to curved or flat surfaces. *See, e.g.*, Ex. 5 at 1; Ex. 6 at 1.

56. Manufacturing the Infringing Sanding Blocks includes forming an admixture comprising an ethylene-vinyl acetate copolymer and a low-density polyethylene homopolymer.

57. On information and belief, manufacturing the Infringing Sanding Blocks includes forming a composition comprising forming an admixture comprising about 70 to about 90 weight percent of an ethylene-vinyl acetate copolymer and about 10 to about 30 weight percent of a low-density polyethylene homopolymer, wherein the admixture is in an amount that ranges from about 35 to about 70 weight percent of the composition. Percentages substantially outside of the claimed ranges would materially impact the Infringing Sanding Blocks, such that they would not be conformable to curved or flat surfaces.

58. On information and belief, manufacturing the Infringing Sanding Blocks includes forming a composition comprising combining the admixture with a pigment in an amount of about 5 percent to about 18 weight percent of the composition. Compositions used to make foam products such as the Infringing Sanding Blocks must necessarily include a pigment. A percentage substantially outside of the claimed range would materially impact the physical properties of the Infringing Sanding Blocks, such that the blocks would not be conformable to curved or flat surfaces.

59. On information and belief, manufacturing the Infringing Sanding Blocks includes combining admixture with a blowing agent under heat to yield a feedstock. Yielding a feedstock is a required step for foam products such as the Infringing Sanding Blocks. Compositions used to make foam products such as the Infringing Sanding Blocks must necessarily include a blowing agent. Powertec's purported analysis identifies trace amounts of azodicarbonamide, reflecting use of azodicarbonamide as blowing agent.

60. On information and belief, manufacturing the Infringing Sanding Blocks includes thermoforming the feedstock in a mold to yield a foamed material

sheet and cutting the foamed material sheet to yield the elastomeric sanding block. The Infringing Sanding Blocks possess a textured pattern on top and vertical striations on the sides, which would not be present but for these process steps.

61. Powertec's infringement of the '847 Patent has damaged and will continue to damage Trade Associates.

62. On information and belief, Powertec's infringement of the '847 Patent has been willful because it knew of the '847 Patent and the infringement well before September 18, 2026, and continues to infringe by, for example, importing, selling, and/or offering to sell the Infringing Sanding Block. Powertec's reliance on the purported analysis of the Infringing Sanding Blocks that its counsel submitted to Amazon was objectively unreasonable because it failed to analyze the composition from which the Infringing Sanding Blocks are made, and the results directly contradicted the material comprising the Infringing Sanding Blocks identified in Powertec's prior Amazon listings.

## VI. COUNT III

## INFRINGEMENT OF U.S. PATENT NO. 11,292,103

63. Trade Associates incorporates by reference the preceding paragraphs as if fully set forth herein.

64. Powertec has directly infringed and continues to infringe one or more claims of the '103 Patent in violation of 35 U.S.C. § 271. The infringing products include the Infringing Sanding Blocks.

65. The Infringing Sanding Blocks directly infringe at least claim 1 of the '103 Patent, as described in Paragraphs 66 – 70 below by way of an exemplary Infringing Sanding Block. Trade Associates' allegations of infringement are not limited to claim 1, and additional infringed claims will be identified and disclosed through discovery and infringement contentions.

66. Claim 1 of the '103 Patent recites:

1. An elastomeric sanding block conformable to curved or flat

> surfaces, wherein the elastomeric sanding block has a Shore A hardness ranging from about 30 to about 90, and wherein the elastomeric sanding block is made from a composition comprising:
>
> > an admixture of about 70 to about 90 weight percent of an ethylene-vinyl acetate copolymer, about 10 to about 30 weight percent of a low-density polyethylene homopolymer, and a metallocene catalyzed ethylene-α-olefin copolymer, wherein the admixture is in an amount that ranges from about 35 to about 70 weight percent of the composition;
> >
> > a filler in an amount that ranges from about 25 to about 60 weight percent of the composition; and
> >
> > a pigment in an amount of 5 weight percent to about 18 weight percent of the composition, wherein the pigment is carbon.

67. The Infringing Sanding Blocks are elastomeric sanding blocks conformable to curved or flat surfaces.

- FLEXIBLE EVA FOAM DESIGN: Crafted from lightweight, high-quality EVA foam that contours to both flat surfaces and curves. Delivers smooth, even sanding pressure without clogging or collapsing, making it a reliable tool for professional and DIY work.

Ex. 5 at 1.

- LONGBOARD SANDING PERFORMANCE: At 16 inches long, this sanding block provides maximum coverage for large auto body panels, hoods, truck beds, and woodworking projects—helping you achieve smooth, even surfaces faster.

Ex. 6 at 1.

68. While Powertec's submission to Amazon purports that the Infringing Sanding Blocks do not contain EVA, *see* Exhibits 7 and 8, the underlying purported analysis does not describe any of the testing methods or conditions on which the alleged results are based or identify that said results correlate with the Infringing Sanding Blocks and not another product. Exhibit 7. Furthermore, Powertec's own Amazon listings controvert the same, stating to the relevant consuming public that

the Infringing Sanding Blocks are made from "EVA Foam." Exhibits 5-6.

69. Based on Trade Associates' analysis of other infringing sanding blocks with similar Amazon product listings for apparently the same or substantially the same products, on information and belief, the Infringing Sanding Blocks have the following characteristics:

(1) A Shore A hardness of between 42.7 ± 1 and 46 ± 2;

(2) Made from a composition a polymeric component comprising a polymeric component, the polymeric component consisting of ethylene-vinyl acetate copolymer;

(3) Made from a composition comprising an admixture of about 70 to about 90 weight percent of an ethylene-vinyl acetate copolymer, about 10 to about 30 weight percent of a low-density polyethylene homopolymer, and a metallocene catalyzed ethylene-a-olefin copolymer, wherein the admixture is in an amount that ranges from about 35 to about 70 weight percent of the composition. Percentages substantially outside of the claimed ranges would materially impact the Infringing Sanding Blocks' physical properties, such that they would not be conformable to curved or flat surfaces or have the requisite Shore A hardness;

(4) Made from a composition comprising filler in an amount that ranges from about 25 to about 60 weight percent of the composition. Compositions used to make foam products such as the Infringing Sanding Blocks must necessarily include a filler. A percentage substantially outside of the claimed range would materially impact the physical properties of the Infringing Sanding Blocks, such that the blocks would not be conformable to curved or flat surfaces or have the requisite Shore A hardness. Powertec's purported analysis indicates the presence of calcium carbonate. The purported analysis is of the finished product, not the composition from which the Infringing Sanding Blocks

are made, which would necessarily have significantly different percentages by weight prior to application of heat to produce the Infringing Sanding Blocks; and

(5) Made from a composition comprising a pigment in an amount that ranges from about 5 weight percent to about 18 weight percent of the composition. Compositions used to make foam products such as the Infringing Sanding Blocks must necessarily include a pigment. A percentage outside of the claimed range would materially impact the physical properties of the Infringing Sanding Blocks, such that the blocks would not be conformable to curved or flat surfaces or have the requisite Shore A hardness. Powertec's purported analysis identifies 11% carbon black, which indicates that the composition would include pigment within the claimed range.

70. Powertec's infringement of the '103 Patent has damaged and will continue to damage Trade Associates.

71. On information and belief, Powertec's infringement of the '103 Patent has been willful. Correspondence from Powertec's counsel to Amazon expressly identified each of the '403 Patent, '847 Patent, and '220 Patent, reflecting that Powertec (directly or by its counsel) went beyond Trade Associates' APEX Submissions and analyzed Trade Associates' entire patent portfolio, which includes the '103 Patent. Thus, Powertec knew of the '103 Patent and the infringement well before September 18, 2026, and continues to infringe by, for example, importing, selling, and/or offering to sell the Infringing Sanding Block. Furthermore, even if applicable to the '103 Patent, Powertec's reliance on the purported analysis of the Infringing Sanding Blocks that its counsel submitted to Amazon was objectively unreasonable because it failed to analyze the composition from which the Infringing Sanding Blocks are made, and the results directly contradicted the material comprising the Infringing Sanding Blocks identified in Powertec's prior Amazon

listings.

## VII. COUNT IV

## INFRINGEMENT OF U.S. PATENT NO. 9,975,220

72. Trade Associates incorporates by reference the preceding paragraphs as if fully set forth herein.

73. In the alternative to Counts I-III, or in the event at least some Infringing Sanding Blocks do not comprise EVA, on information and belief, Powertec has directly infringed and continues to infringe one or more claims of the ’220 Patent in violation of 35 U.S.C. § 271. The infringing products include the Infringing Sanding Blocks.

74. The Infringing Sanding Blocks directly infringe at least claim 5 of the ’220 Patent, as described in Paragraphs 75 – 78. Trade Associates’ allegations of infringement are not limited to claim 5, and additional infringed claims will be identified and disclosed through discovery and infringement contentions.

75. Claim 5 of the ’220 Patent recites:

> 5. An elastomeric sanding block conformable to curved or flat surfaces, wherein the elastomeric sanding block has a Shore A hardness ranging from about 30 to about 90, and wherein the elastomeric sanding block is made from a composition free of ethylene-vinyl acetate copolymer, the composition comprising:
>
> > low-density polyethylene homopolymer, wherein low-density polyethylene is in an amount that ranges from about 35 to about 70 percent of the composition by weight; and
> >
> > a filler in an amount that ranges from about 25 to about 60 percent of the composition by weight.

76. The Infringing Sanding Blocks are an elastomeric sanding block conformable to curved or flat surfaces.

- FLEXIBLE EVA FOAM DESIGN: Crafted from lightweight, high-quality EVA foam that contours to both flat surfaces and curves. Delivers smooth, even sanding pressure without clogging or collapsing, making it a reliable tool for professional and DIY work.

Ex. 5 at 1.

- LONGBOARD SANDING PERFORMANCE: At 16 inches long, this sanding block provides maximum coverage for large auto body panels, hoods, truck beds, and woodworking projects—helping you achieve smooth, even surfaces faster.

Ex. 6 at 1.

77. Based on Trade Associates' analysis of other infringing sanding blocks with similar Amazon product listings for apparently the same or substantially the same products that did not comprise EVA, on information and belief, the Infringing Sanding Blocks have the following characteristics:

(1) A Shore A hardness of around 42.7 ± 1;

(2) Made from a composition free of ethylene-vinyl acetate copolymer, which Powertec's purported analysis reflects;

(3) Made from a composition comprising a low-density polyethylene homopolymer, is in an amount that ranges from about 35 to about 70 percent of the composition by weight. A percentage substantially outside of the claimed range would materially impact the Infringing Sanding Blocks' physical properties, such that the Infringing Sanding Blocks would not be conformable to curved or flat surfaces or the requisite Shore A hardness. While Powertec's purported analysis reflects the finished product as having 75.99% percent weight polyethlene, the analysis does not describe any of the testing methods or conditions on which the alleged results are based or identify that said results correlate with the Infringing Sanding Blocks and not another

product. Further, the purported analysis is of the finished product, not the composition from which the Infringing Sanding Blocks are made, which would necessarily have significantly different percentages by weight prior to application of heat to produce the Infringing Sanding Blocks;

(4) Composition of the Infringing Sanding Blocks comprise a filler in an amount that ranges from about 25 to about 60 percent of the composition by weight. Compositions used to make foam products such as the Infringing Sanding Blocks must necessarily include a filler. A percent substantially outside of the claimed range would materially impact the physical properties of the Infringing Sanding Blocks, such that such that the Infringing Sanding Blocks would not be conformable to curved or flat surfaces or the requisite Shore A hardness. Powertec's purported analysis indicates the presence of calcium carbonate. The purported analysis is of the finished product, not the composition from which the Infringing Sanding Blocks are made, which would necessarily have significantly different percentages by weight prior to application of heat to produce the Infringing Sanding Blocks.

78. Powertec's infringement of the '220 Patent has damaged and will continue to damage Trade Associates.

79. On information and belief, Powertec's infringement of the '220 Patent has been willful because it knew of the '220 Patent and the infringement well before September 18, 2026, and continues to infringe by, for example, importing, selling, and/or offering to sell the Infringing Sanding Block. Powertec's reliance on the purported analysis of the Infringing Sanding Blocks that its counsel submitted to Amazon was objectively unreasonable because it failed to analyze the composition from which the Infringing Sanding Blocks are made.

## VIII. JURY TRIAL DEMANDED

Trade Associates hereby demands a trial by jury on all claims and issues so triable.

## IX. PRAYER FOR RELIEF

WHEREFORE, Trade Associates respectfully requests that this Court grant the following relief to Trade Associates:

A. Enter judgment in favor of Trade Associates that Powertec has infringed, either literally and/or under the doctrine of equivalents, the Trade Associates Patents;

B. Enter a judgment and order, pursuant to 35 U.S.C. § 284, awarding to Trade Associates monetary relief in an amount adequate to compensate for Powertec's infringement of the Trade Associates Patents, in an amount to be determined at trial, but not less than a reasonable royalty, as well as pre- and post-judgment interest and costs;

C. Enter a judgment and order finding that Powertec's infringement of the Trade Associates Patents is willful and that the assessed damages for patent infringement are trebled;

D. Enter a judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding Trade Associates its reasonable attorneys' fees;

E. Enter a preliminary and permanent injunction against Powertec prohibiting Powertec from any further direct or indirect infringement of the Trade Associates Patents through making, using, offering to sell, selling, or importing the Infringing Sanding Blocks and any other product that infringes the Trade Associates Patents;

F. Enter an order that Powertec Indus., Southern Techs., and Huichuan Liao are jointly and severally liable; and

G. Enter an order awarding Trade Associates any and all other relief as the

Court may deem appropriate and just under the circumstances.

Dated: October 7, 2026

DORSEY & WHITNEY LLP

By: */s/Erin Kolter*
Erin Kolter

Attorneys for Plaintiff TRADE ASSOCIATES, INC.